IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02966-LTB-CBS

SOLOMON BEN-TOV COHEN,
    Plaintiff,
v.

DR. ZAKI, Psychiatrist, GEO-ICE Detention Facility, and
CHERYL M. CURTIS, HSA, GEO-ICE Detention Facility,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2010

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the "Emergency Prisoner Complaint" (doc. # 1). Pursuant to the Order of Reference dated January 28, 2010 (doc. # 13), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . ." On December 21, 2009, the court granted Plaintiff Mr. Cohen leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the "Emergency Prisoner Complaint" (doc. # 1) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, Defendants shall respond to the "Emergency Prisoner Complaint" (doc. # 1) as provided for in the Federal Rules of

Civil Procedure.

Dated at Denver, Colorado this 28th day of January, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02966-LTB-CBS

Solomon Ben-Tov Cohen
Reg. No. A-077309675
GEO/ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010

US Marshal Service
Service Clerk
Service forms for: Dr. Zaki and Cheryl M. Curtis

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**


     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. Zaki and Cheryl M. Curtis; to The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 12/21/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/29/10     .

                                              GREGORY C. LANGHAM, CLERK

                                         By: _____
                                                        Deputy Clerk