# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-02966-LTB-CBS

SOLOMON BEN-TOV COHEN,

    Plaintiff,

v.

DR. ZAKI, Psychiatrist, GEO-ICE Detention Facility, and
CHERYL M. CURTIS, HSA, GEO-ICE Detention Facility,

    Defendants.

___

# ORDER
___

This case is before me on the recommendation of the Magistrate Judge issued and served on May 28, 2010 (Doc 44). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

    ORDERED that the recommendation is accepted as follows:

    1.    Defendant Curtis' Motion to Dismiss (Doc 32) is GRANTED.

    2.    Defendant Zaki's Motion to Dismiss (Doc 33) is GRANTED.

    3.    Plaintiff's Motion for Judgment in Plaintiff's Favor (Doc 37) is DENIED.

    4.    Plaintiff's Motion to Amend Complaint (Doc 28) is DENIED.

5. This civil action is DISMISSED for failure to state a claim upon which relief can be granted.

BY THE COURT:

　　s/Lewis T. Babcock　　　　
Lewis T. Babcock, Judge

DATED:　July 2, 2010